FILED
2023 Jan-03 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| THOUCHARIN RUTTANAMONGKONGUL, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Case No. 7:22-cv-00851-RDP-NAD |
| WARDEN NEELY, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Thoucharin Ruttanamongkongul filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). In her petition, Petitioner alleged she had been denied access to email and video visitation, despite having obtained an order from her sentencing court that she should be allowed such access. (Doc. 1 at 6-7). Respondent Warden Neely filed a response asserting that Petitioner had been granted access to email and video visitation, and Petitioner then confirmed that she had received all relief she sought in her petition. (Docs. 9, 11).

On December 6, 2022, the Magistrate Judge to whom the case was referred filed a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the habeas petition be dismissed as moot. (Doc. 12). Although the parties were notified of their rights right to file objections within 14 days, that time expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's findings and **ACCEPTS** the recommendation.

The court finds that the petition for writ of habeas corpus is due to be dismissed without prejudice as moot. A separate Final Judgment will be entered.

**DONE** and **ORDERED** this January 3, 2023.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE